UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| MARCUS T. WILLIAMS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. |
| | ) |
| KENTUCKY STATE POLICE, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**I.  NATURE OF THE CASE**

1. Plaintiff, Marcus T. Williams ("Williams"), by counsel, brings this action against Defendant, Kentucky State Police ("Defendant") alleging violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et. seq.* and the Kentucky Civil Rights Act.

**II.  PARTIES**

2. Williams is a resident of Johnson County, Kentucky, who at all times relevant to this action resided within the geographical boundaries of the Eastern District of Kentucky.

3. Defendant maintains offices and conducts business within the geographical boundaries of the Eastern District of Kentucky.

**III.  JURISDICTION AND VENUE**

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; 28 U.S.C. §1367 and 42

U.S.C. §2000e-5(f)(3).

5. Williams' state law claims arise from the same common nucleus of operative facts as his federal law claims and all of his claims form a single case and controversy under Article III of the United States Constitution.

6. The Defendant is an "employer" within the meaning of 42 U.S.C. § 2000e(b) and KRS 344.030(2).

7. Williams was an "employee" within the meaning of 42 U.S.C. § 2000e(f) and KRS 344.030(5).

8. Williams satisfied his obligation to exhaust his administrative remedies having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission against Defendant alleging discrimination based on race. Williams received his Notice of Suit Rights and timely files this action.

9. A substantial part of the events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Eastern District of Kentucky; thus, venue is proper in this Court.

**IV. FACTUAL ALLEGATIONS**

10. Williams, African-American, became a Cadet Trooper with the Kentucky State Police in or about January 2004. Most recently, Williams served as a Senior Trooper.

11. At all relevant times, Williams met or exceeded Defendant's legitimate expectations of performance.

12. On or about July 16, 2014, Defendant terminated Williams' employment. Defendant accused Williams of calling in a false number of citations that he was issuing during his shifts, a Class A violation of the Kentucky State Police Standards of Conduct.

13. Defendant, however, has not terminated the employment of similarly situated Caucasian employees who have engaged in similar behavior and/or committed a Class A violation.

14. As a result of his termination, Williams has experienced emotional distress, including, but not limited to, humiliation, sleeplessness and loss of enjoyment of life.

### V. Causes of Action

15. Williams hereby incorporates paragraphs one (1) through fourteen (14) of his Complaint.

16. Defendant discriminated against Williams on the basis of his race.

17. Defendant's actions were intentional, willful and in reckless disregard of Williams's rights as protected by Title VII of the Civil Rights Act of 1964.

18. Williams suffered damages as a result of Defendant's unlawful actions.

### VI. Requested Relief

WHEREFORE, Plaintiff, Marcus T. Williams, respectfully requests that this Court enter judgment in his favor and award him the following relief:

1. Reinstate Williams to the position, salary, and seniority level he would have enjoyed but for Defendant's unlawful actions; and/or payment to Williams of front

pay in lieu thereof;

    2.    All wages, benefits, compensation, and other monetary loss suffered as a result of Defendant's unlawful actions;

    3.    Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

    4.    Compensatory damages;

    5.    Punitive damages;

    6.    All costs and attorney's fees incurred as a result of bringing this action;

    7.    Pre- and post-judgment interest on all sums recoverable; and

    8.    All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: /s/ Andrew Dutkanych III
Andrew Dutkanych III, Atty. No. 23551-49
411 Main Street
Evansville, IN 47708
Telephone:  (812) 424-1000
Facsimile:  (812) 424-1005
Email: ad@bdlegal.com

Attorneys for Plaintiff, Marcus T. Williams

## **DEMAND FOR JURY TRIAL**

Plaintiff, Marcus Williams, by counsel, requests a trial by jury on all issues deemed so triable.

-4-

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By:  /s/ Andrew Dutkanych III
Andrew Dutkanych III, Atty. No. 23551-49
411 Main Street
Evansville, IN 47708
Telephone:	(812) 424-1000
Facsimile:	(812) 424-1005
Email: ad@bdlegal.com

Attorneys for Plaintiff, Marcus T. Williams