**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**FRANKFORT**

| | | |
|---|---|---|
| MARCUS T. WILLIAMS | ) | |
| | ) | |
| Plaintiff, | ) | Civil No.: 13:15-cv-00036-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| KENTUCKY STATE POLICE, | ) | |
| | ) | |
| Defendant | ) | |

## **APPEARANCE OF COUNSEL**

To:   The clerk of counsel and all parties of record,

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff, Marcus T. Williams.

Date:   7/20/2015

    Respectfully submitted,

    /s/ Krista A. Willike
    Krista A. Willike
    BIESECKER, DUTKANYCH & MACER
    101 N. 7th Street
    Louisville, Kentucky 40202
    (502) 561-3443 (telephone)
    (502) 561- 3444 (fax)
    kwillike@bdlegal.com

    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2015, the foregoing was served via the Court's electronic filing system upon the following:

Perry R. Arnold
Matthew J. Johnson
919 Versailles Road
Frankfort, Kentucky 40601
Perryr.arnold@ky.gov

Attorneys for Defendant,
Kentucky State Police